**Order entered April 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **DENIES** appellant's April 13, 2015 second motion for a hearing on a lost record and for docket sheets. We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Reginald Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily Drive, Beeville, Texas 78102.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/  LANA MYERS
JUSTICE